| | |
|---|---|
| United States of America, | Case. No. 23-cr-160 (NEB/JFD) |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART MOTIONS FOR CONTINUANCE OF MOTIONS FILING DATE** |
| Dantrell Johnson (2), Gregory Hamilton (3), Keon Pruitt (4), Jovan Knight (5), Tyreese Giles (6), Josiah Taylor (7), Jarrett Robinson (9), Trevann Robinson (10), Cortez Blakemore (14), William Banks (19), William Johnson (21), Ernest Boyd (23), Gregory Brown (26), Marques Walker (27), Deandre Poe (28), Clinton Brown (29), Amarjah Lester (30), Christopher Washington (31), Ernest Ketter (32), Robert Lesure (33), Avante Nix (34), Arron Davis (35), Dashawn Jackson (36), Leneal Frazier (37), Ja'darius Wright (38), Carlos Serrano (39), and Ronnell Lockhart (40), | |
| Defendants. | |

This matter is before the Court on Defendants Jovan Knight, William Johnson, Gregory Brown, Marques Walker, Clinton Brown, Ernest Ketter, Avante Nix, Aaron Davis, Dashawn Jackson, Leneal Frazier, Carlos Serrano, and Ronnell Lockhart's Motion for Continuance of the Deadlines in the Pretrial Scheduling and Litigation Management Order (Dkt. No. 940). Defendants Josiah Taylor, Christopher Washington, Cortez Blakemore, Gregory Hamilton, and Deandre Poe have since filed motions joining in the request for a continuance (Dkt. Nos. 947, 948, 953, 957, 971). Defendants Trevaun

Robinson, Earnest Boyd, Ja'darius Wright, Keon Pruitt, and Dantrell Johnson have filed objections to the continuance (Dkt. Nos. 946, 949, 954, 959). The United States has filed a response stating it does not object to a continuance (Dkt. No. 960).

The moving defendants assert that the volume of prosecution disclosures in this case has made it impossible for them to adequately prepare and file pretrial motions by the scheduled due date of April 29, 2024. The United States does not contest this assertion, but does ask that the Court maintain a single, uniform motions deadline for all defendants, while the non-moving defendants object to continuing their pretrial detention in order that other defendants can have additional time.

The Court grants the continuance motions in part by extending the motions filing deadline for all participants in this case to Tuesday, May 28, 2024. The United States will respond to those motions on or before Tuesday, June 11, 2024. Any Notice of Intent to Call Witnesses shall be filed by Tuesday, June 11, 2024. Any Responsive Notice of Intent to Call Witnesses shall be filed by Tuesday, June 18, 2024. The motions hearing will not be extended, but will be held as originally scheduled, on June 24, 25, and 26, 2024.

The Court finds that this continuance, of approximately 30 days, appropriately balances the need of some defendants for additional preparation time, while also accommodating the request by other defendants that their cases not be further delayed.

Given the number of defendants in this case and the extended period of criminal activity alleged by the United States, the Court anticipates that there will be a substantial number of motions filed in this case. In order to resolve those motions justly and efficiently, the following additional requirements are imposed by this Order:

- All counsel must maintain their availability for all three days of the motions hearing. These dates have been on the Court's calendar for some months, and last-minute requests for rescheduling by one or two lawyers will be unfair to other case participants and practically impossible to accommodate in any event, given the number of participants in this case.

- Defense counsel must meet and confer and attempt to file joint motions whenever possible.

- Several defendants have filed motions for severance in conjunction with their responses to the continuance motion. (Dkt. Nos. 955, 956, 963.). Other defendants have requested severance in their responses to the motions to continue. (Dkt. Nos. 946, 954, 959.) The Court has previously written that severance motions will be taken up at the pretrial motions hearing together with other motions. (*See* Third Am. Pretrial Scheduling & Litig. Management Order, Dkt. No. 666.) The Court now repeats that it intends to decide severance motions after other pretrial motions and therefore deems the latest round of severance motions to be premature. Those motions, together with the severance motions filed earlier (Dkt. Nos. 553, 579) will be argued at the pretrial motions hearing on June 24–26. With respect to the requests for severance embedded in responses to motions, the Court expects those defendants to file actual motions for severance. The Court will not search through filings seeking out embedded requests for relief.

- On the morning of April 26, 2024, Defendant Robert Lesure (33) filed a

Motion for Leave to File an Untimely Motion (Dkt. No. 976) and a Motion to Join Co-Defendants' Motion for a Continuance (Dkt. No. 977). The Motion for Leave to File an Untimely Motion (Dkt. No. 976) is **GRANTED**, because given the disposition in this Order of the other continuance motions, there is no prejudice in doing so. The Motion to Join Co-Defendants' Motion for a Continuance (Dkt. No. 977) is **GRANTED IN PART** and **DENIED IN PART**, as with the other motions for continuance.

**IT IS SO ORDERED.**

Dated: April 26, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge