| | |
|---|---|
| United States of America, | Case. No. 23-cr-160 (NEB/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Jovan Knight (5), Gregory Brown (26); Marques Walker (27); Deandrae Poe (28); Clinton Brown (29); Christopher Lee Washington (31); Ernest Ketter (32); Robert Lesure (33); Arron Davis (35); Dashawn Jackson (36); Leneal Frazier (37); Carlos Serrano (39); and Ronnell Lockhart (40). | |
| Defendants. | |

Before the Court is the United States' Motion to Reschedule (Dkt. No. 1112), which was filed on June 5, 2024 and asks to reschedule the July Motions Hearing Dates in the Court's Order Concerning Scheduling Amendments as to Motions Hearing (Dkt. No. 1001). The Court received two responses to the Motion to Reschedule, one from Defendant Arron Davis stating that he has no objection (Dkt. No. 1116) and one from Defendant Robert Lesure stating an objection (Dkt. No. 1129). Mr. Lesure expresses frustration with the length of his pretrial detention and notes that this motion, if granted, will extend that detention even further.

While further delay of the motions hearing is frustrating and undesirable, it is also necessary, given the facts set out in the Motion of the United States. The Court takes Mr.

Lesure's point that counsel need to commit to dates certain, but notes that while the Court asked counsel to hold dates, it did so on considerably shorter notice than its companion request that counsel for other defendants hold dates in June. In addition, Mr. Lesure's is the only objection received and Mr. Lesure is not without a remedy; should he meet the requirement of showing material information that is new in the sense of not being known or knowable at the time of the original detention decision, Mr. Lesure can move the Court for modification or recission of his detention order.

**IT IS HEREBY ORDERED** that the United States' Motion to Reschedule is **GRANTED**. The July motions hearing dates are stricken, and a new schedule is as follows:

The defendants whose motions hearing will be conducted on September 30, October 1, and October 2 are:

Jovan Knight (5).

Gregory Brown (26);

Marques Walker (27);

Deandrae Poe (28);

Clinton Brown (29);

Christopher Lee Washington (31);

Ernest Ketter (32);

Robert Lesure (33);

Arron Davis (35);

Dashawn Jackson (36);

Leneal Frazier (37);

Carlos Serrano (39); and

Ronnell Lockhart (40).

The motions filing deadline is Wednesday, **August 21, 2024**. The United States will respond to those motions on or before Monday, **September 16, 2024**. Any Notice of Intent to Call Witnesses shall be filed by Monday, **September 16, 2024**. Any Responsive Notice of Intent to Call Witnesses shall be filed by Monday, **September 23, 2024.** The motions hearing shall commence at 9:00 a.m. on **September 30, October 1, and October 2, 2024** in Courtroom 6A of the Warren E. Burger Courthouse, 316 Robert St. N., Saint Paul, MN 55101**.**

The period from **June 14, 2024 through the new motions filing deadline of August 21, 2024** shall be excluded from the Speedy Trial Act computations in this case.

Dated: June 23, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge