UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTEZ BROWN, ET. AL.,<br><br>Defendants. | **GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESS AT MOTIONS HEARING** |

The government intends to call the following witness to testify at the September 30, 2024, motions hearing in the above-captioned matter:

1. Special Agent (SA) Matthew J. Schommer, Internal Revenue Service – Criminal Investigation.

2. SA Schommer will testify as a summary witness on the following defense motions:

   a. ECF No. 1325 (Ernest Ketter);
   b. ECF No. 1312 (Robert Lesure);
   c. ECF No. 1294 (Ronnell Lockhart);
   d. ECF Nos. 1081, 1082, 1101 (Jovan Knight);
   e. ECF No. 1375 (Deandre Poe).

SA Schommer will be available for the duration of the hearings.

Dated: September 16, 2024

Respectfully Submitted,
ANDREW M. LUGER
United States Attorney

Samantha H. Bates
Albania Concepcion
Jordan L. Sing
Justin A. Wesley
Assistant United States Attorneys

Bryan W. Lynch
Violent Crimes and Racketeering
U.S. Department of Justice