**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 23-cr-160 (NEB/JFD)**

UNITED STATES OF AMERICA                          **UNITED STATES' EXHIBIT LIST**

v.

GREGORY BROWN (26), MARQUES WALKER (27),
ERNEST KETTER (32), ROBERT LESURE (33),
CARLOS SERRANO (39), AND RONNELL
LOCKHART (40),

Defendants.

| PRESIDING JUDGE | UNITED STATES' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|---|
| The Honorable John F. Docherty | Samantha Bates, AUSA<br>Justin Wesley, AUSA<br>Albania Concepcion, AUSA<br>Jordan Sing, AUSA | Daniel P. Repka<br>Kevin Riach<br>Paul C. Dworak<br>Jill A. Brisbois<br>George R. Dunn<br>Michael Bernays<br>Matthew J. Mankey |
| MOTION HEARING DATES<br>September 30, 2024<br>October 1, 2024<br>October 2, 2024 | COURT REPORTERS<br>Nancy Meyer, Erin Drost, digital recording | COURTROOM DEPUTY<br>ALM |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | | | **Marques Walker** |
| A-1 | 9/30/24 | X | PRTT to Verizon dated 11/3/2022 (Bates 00128945–00128962) |
| | | | **Ernest Ketter** |
| B-1 | 10/1/24 | X | 22-004171 5/19/2022 Rhodes murder CFS Notes (redacted) |
| B-2 | 10/1/24 | X | 22-010668 8/17/2022 Vehicle Tracking Warrant (Bates 00175636–00175642) |
| B-3 | 10/1/24 | X | 22-010668 9/8/2022 Warrant 101 South 5th St., No. 223 (Bates 00090509–00090520) |
| B-4 | 10/1/24 | X | 22-010668 11/23/2022 Black Samsung Phone (Bates 00165532–00165537) |
| B-5 | 10/1/24 | X | 22-010668 11/23/2022 White iPhone (Bates 00165538–00165544) |
| B-6 | 10/1/24 | X | 23-011904 8/14/2023 Tracking Warrant FAV183 (Bates 00177554–00177559) |
| B-7 | 10/1/24 | X | 23-011904 8/24/2023 Warrant 650 10th Streete NW, New Brighton (Bates 00098756–00098766) |
| B-8 | 10/1/24 | X | Map |
| B-9 | 10/1/24 | X | Recorded Event Playback _ Evidence Library Web - Google Chrome 2022-05-20 09-20-02.mp4 |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| B-10 | 10/1/24 | X | Recorded Event Playback _ Evidence Library Web - Google Chrome 2022-05-20 09-24-09.mp4 |
| B-11 | 10/1/24 | X | Recorded Event Playback _ Evidence Library Web - Google Chrome 2022-05-20 09-28-48.mp4 |
| B-12 | 10/1/24 | X | Recorded Event Playback _ Evidence Library Web - Google Chrome 2022-05-20 09-31-01.mp4 |
| B-13 | 10/1/24 | X | Recorded Event Playback _ Evidence Library Web - Google Chrome 2022-05-20 09-39-00.mp4 |
| B-14 | 10/1/24 | X | Recorded Event Playback _ Evidence Library Web - Google Chrome 2022-05-20 09-41-35.mp4 |
| B-15 | 10/1/24 | X | CISA workup – Damone Rhodes (Bates 00090320-00090321) |
| **Robert Lesure** | | | |
| C-1 | 10/1/24 | X | 21-235930 clip from 10/13/2021 body camera of Ofcr. Kyle Pond |
| C-2 | 10/1/24 | X | 21-235930 photos (Bates 00114129, 00114132, 00114130, 00114131, 00114155, 00114160, 00114161) |
| C-3 | 10/1/24 | X | 21-235930 photo still from Ofcr. Kyle Pond's BWC |
| C-4 | 10/1/24 | X | 21-235930 search warrant for Ford Edge (Bates 00101095–00101100) |
| C-5 | 10/1/24 | X | 21-235930 search warrant for DNA (Bates 00101102–00101106) |
| C-6 | 10/1/24 | X | 21-235930 search warrant for cell phone MP182418-001 (Bates 00101114–00101118) |
| **Carlos Serrano** | | | |
| E-1 | 10/2//24 | X | 23-mj-742 (DTS) Warrant for cell phone extraction for phone seized from Carlos SERRANO during his arrest on 8/2/2023 in Arizona (Bates 00124406–00124440) |
| **Ronnell Lockhart** | | | |
| F-1 | 10/2/24 | X | The United States Police Canine Association, Inc. Certificate of Certification – Regional Certified Detector Dog, dated May 3, 2022 – Mark Altendorfer and Police Dog Molly (Bates 00156217) |
| F-2 | 10/2/24 | X | National Police Canine Association Narcotics Certificate of Certification – National Standards of Certification for Narcotics Certificate, dated January 27, 2022 – Mark Altendorfer and Police Dog Molly (Bates 00156208) |
| F-3 | 10/2/24 | X | The United States Police Canine Association, Inc. Certificate of Certification – Regional Certified Detector Dog, dated May 3, 2022 – Mitch Irvin and Police Dog Zippo (Bates 00156168) |
| F-4 | 10/2/24 | X | North American Police Work Dog Association Certificate for Mitch Irvin and Police Dog Zippo, dated September 1, 2022 |
| F-5 | 10/2/24 | X | 22-006894 09/19/2022 airport surveillance video titled: Export__T202CCH-0201_Tuesday September 20 2022162046 d4506e1.avi |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| F-6 | 10/2/24 | X | 22-006894 09/19/2022 airport surveillance video titled: Export__T202CCH-0102_Tuesday September 20 2022162048  d286daa.avi |
| F-7 | 10/2/24 | X | 22-006894 09/19/2022 body camera of Sgt. Jeff Trevino titled: Narcotics Investigation.mp4 |
| F-8 | 10/2/24 | X | 22-006894 9/20/2022 airport surveillance video |