UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

UNITED STATES OF AMERICA

v.

**GOVERNMENT'S EXHIBIT LIST**

2. DANTRELL JOHNSON,
3. GREGORY HAMILTON, and
4. KEON PRUITT

| PRESIDING JUDGE | GOVERNMENT'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|---|
| The Honorable Nancy E. Brasel | Albania Concepcion, AUSA<br>Brian W. Lynch, Trial Attorney<br>Thomas Calhoun-Lopez, AUSA<br>Rebecca Kline, AUSA | John C. Conard, Esq.<br>Bruce D. Nestor, Esq.<br>John C. Brink, Esq.<br>Daniel Gerdts, Esq. |
| TRIAL DATE<br>March 17, 2025 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Kristine Wegner |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | | | **A. Enterprise Evidence** |
| A-1 | | | Map - West Broadway Avenue and North Lyndale Avenue Corridor |
| A-2 | | | Map - Merwin's Liquors, Winner Gas, Wally's Foods |
| A-3 | | | Map - Area North and South of West Broadway Avenue |
| A-4 | | | Co-Conspirator - Jovan Knight |
| A-4A | | | Photos (4) - Jovan Knight Cellphone |
| A-5 | | | Co-Conspirator - Avante Nix |
| A-6 | | | Facebook Return - Gregory Hamilton |
| A-7 | | | Facebook Return - Gregory Hamilton - Other Parties in Messages |
| A-8 | | | Facebook Return - Dantrell Johnson |
| A-9 | | | Facebook Return Video - Dantrell Johnson - videos_10156218999562064.mp4 |
| A-10 | | | Facebook Return Video - Dantrell Johnson - videos_10155915009937064.mp4 |
| A-10A | | | Screenshot (1) - Facebook Return Video - Dantrell Johnson - videos_10156218999562064.mp4 |
| A-11 | | | Facebook Return Video - Dantrell Johnson - videos_10155905313252064.mp4 |
| A-12 | | | Facebook Return - Dantrell Johnson – Other Parties in Messages |
| A-13 | | | Facebook Return - Keon Pruitt |
| A-14 | | | Facebook Return - William Johnson |
| A-15 | | | Facebook Return - William Johnson - Other Parties in Messages |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A-16 | | | Facebook Return - Avante Nix |
| A-17 | | | Facebook Return - Calvin Wright |
| A-18 | | | Facebook Return - Christopher Finch |
| A-19 | | | Facebook Return - Clinton Brown |
| A-20 | | | Facebook Return - Dashaun Morris |
| A-21 | | | Facebook Return - Douglas Mobley |
| A-22 | | | Facebook Return - Jarrett Robinson |
| A-23 | | | Facebook Return - Matthew Robinson |
| A-24 | | | Facebook Return - Randy Tate |
| A-25 | | | Facebook Return - Trevoneia Felton |
| A-26 | | | Facebook Return - Tyreese Giles |
| A-27 | | | Co-Conspirator - Trevoneia Felton– ID Book/Public FaceBook |
| A-28 | | | Co-Conspirator - Tahjay Hawkins – ID Book/Public FaceBook |
| A-29 | | | Co-Conspirator - Albert Lucas– ID Book/Public FaceBook |
| A-30 | | | Co-Conspirator - Deonvonte Wallace– ID Book/Public FaceBook |
| A-31 | | | Co-Conspirator - Michael Garrett– ID Book/Public FaceBook |
| A-32 | | | Co-Conspirator - Spidel Browder– ID Book/Public FaceBook |
| A-33 | | | Co-Conspirator - Gregory Brown– ID Book/Public FaceBook |
| A-34 | | | Co-Conspirator - Demonta Mathis– ID Book/Public FaceBook |
| A-35 | | | Co-Conspirator - Christopher Finch– ID Book/Public FaceBook |
| A-36 | | | Co-Conspirator - Elijah McMorris– ID Book/Public FaceBook |
| A-37 | | | Co-Conspirator - Melvin Williams– ID Book/Public FaceBook |
| A-38 | | | Co-Conspirator - Jaden Blackmon– ID Book/Public FaceBook |
| A-39 | | | Co-Conspirator - Jarett Robinson– ID Book/Public FaceBook |
| A-40 | | | Co-Conspirator - Jaylen Salter– ID Book/Public FaceBook |
| A-41 | | | Co-Conspirator - Tymeer Baker– ID Book/Public FaceBook |
| A-42 | | | Co-Conspirator - Deandre Barnes– ID Book/Public FaceBook |
| A-43 | | | Co-Conspirator - Prince Martin - ID Book/Public FaceBook |
| A-44 | | | Co-Conspirator - Samahj Burks -ID Book/Public FaceBook |
| A-45 | | | Co-Conspirator - Samantha Taylor-ID Book/Public FaceBook |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A-46 | | | Co-Conspirator - Arequise Morgan-ID Book/Public FaceBook |
| A-47 | | | Co-Conspirator - Tyreese Giles-ID Book/Public FaceBook |
| A-48 | | | Co-Conspirator - Darrien Berry-ID Book/Public FaceBook |
| A-49 | | | Co-Conspirator - Matthew Robinson-ID Book/Public FaceBook |
| A-50 | | | Co-Conspirator - Anthony Brown-ID Book/Public FaceBook |
| A-51 | | | Co-Conspirator - Harvey Williams |
| A-52 | | | Co-Conspirator - Douglas Mobley |
| A-53 | | | Co-Conspirator - Isaac Hodge |
| A-54 | | | Co-Conspirator - Nathaniel James |
| A-55 | | | Co-Conspirator - Dashaun Morris |
| A-56 | | | Co-Conspirator - Calvin Wright |
| A-57 | | | Co-Conspirator - Ronnell Lockhart |
| A-58 | | | Co-Conspirator - Deandre Poe |
| A-59 | | | Co-Conspirator - Montez Brown |
| A-60 | | | Co-Conspirator - Antwan Eiland |
| A-61 | | | Co-Conspirator - Antone Love |
| A-62 | | | Co-Conspirator - Clinton Brown |
| A-63 | | | Co-Conspirator - Josiah Taylor |
| A-64 | | | Gregory Hamilton - Minnesota Department of Corrections STG Identification/Intelligence Profile Worksheet, 2.27.2023 |
| A-65 | | | Gregory Hamilton - Hand-Written Notes 2.21.2023 (physical) |
| A-66 | | | Gregory Hamilton - Hand-Written Notes 5.1.2023 (physical) |
| A-67 | | | Keon Pruitt - Minnesota Department of Corrections STG Identification/Intelligence Profile Worksheet, 3.1.2023 |
| A-68 | | | Recorded Call from Dantrell Johnson to 612-477-4987, 5.1.2023, 1:24 p.m. |
| A-69 | | | Summary Exhibit – Flight Records |
| A-70 | | | Delta Airlines Flight Records - Marques Walker, Montez Brown, Gregory Brown, Avante Nix, Deandre Poe |
| A-71 | | | American Airlines Flight Records - Marques Walker, Montez Brown, Gregory Brown, Avante Nix, Deandre Poe |
| A-72 | | | Sun Country Airlines Flight Records - Marques Walker, Montez Brown, Gregory Brown, Avante Nix, Deandre Poe |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A-73 | | | United Airlines Flight Records - Marques Walker, Montez Brown, Gregory Brown, Avante Nix, Deandre Poe |
| A-74 | | | Delta Airlines Flight Records - Ronnell Lockhart |
| A-75 | | | United Airlines Flight Records - Ronnell Lockhart |
| A-76 | | | American Airlines Flight Records - Ronnell Lockhart |
| A-77 | | | Sun Country Airlines Flight Records - Ronnell Lockhart |
| A-78 | | | Cellphone Extraction - Gregory Hamilton |
| A-79 | | | Cellphone Extraction – Dantrell Johnson |
| A-80 | | | Cellphone Extraction – Keon Pruitt |
| **B. Cooperator Evidence** | | | |
| B-1A | | | Plea Agreement - Jovan Knight - 23-cr-160, Dkt No. 1559 |
| B-1B | | | Cooperation Agreement - Jovan Knight |
| B-1C | | | Cooperator Statement - Jovan Knight 6/26/2024 proffer (date wrong) |
| B-1D | | | Cooperator Statement - Jovan Knight 6/28/2024 proffer |
| B-1E | | | Cooperator Statement - Jovan Knight 9/18/2024 proffer |
| B-2A | | | Plea Agreement - Avante Nix - 23-cr-160, Dkt No. 1265 |
| B-2B | | | Cooperation Agreement - Avante Nix |
| B-2C | | | Cooperator Statement - Avante Nix 5/31/2023 proffer |
| B-2D | | | Cooperator Statement - Avante Nix line sheets |
| B-2E | | | Cooperator Statement - Avante Nix 1/12/2024 proffer |
| B-2F | | | Cooperator Statement - Avante Nix 1/23/2024 proffer |
| B-2G | | | Cooperator Statement - Avante Nix 6/18/2024 proffer |
| B-2H | | | Cooperator Statement - Avante Nix 1/23/2024 grand jury testimony |
| B-3A | | | Plea Agreement - Christopher M. Johnson, Sr. - 23-cr-119, Dkt No. 14 |
| B-3B | | | Cooperation Agreement - Christopher Johnson, Sr. |
| B-3C | | | Cooperator Statement - Christopher Johnson Sr. 3/3/2023 proffer |
| B-3D | | | Cooperator Statement - Christopher Johnson Sr. 3/9/2023 proffer |
| B-3E | | | Cooperator Statement - Christopher Johnson Sr. 3/15/2023 GJ testimony |
| B-3F | | | Cooperator Statement - Christopher Johnson Sr. 11/15/2021 proffer transcript |
| B-3G | | | Cooperator Statement - Christopher Johnson Sr. 4/5/2023 proffer |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| B-3H | | | Cooperator Statement - Christopher Johnson Sr. 4/5/2023 GJ testimony |
| B-3I | | | Cooperator Statement - Christopher Johnson Sr. 9/7/2022 proffer |
| B-3J | | | Cooperator Statement - Christopher Johnson Sr. 9/28/2022 proffer |
| B-3K | | | Cooperator Statement - Christopher Johnson Sr. 5/17/2023 proffer |
| B-3L | | | Cooperator Statement - Christopher Johnson Sr. 6/7/2023 GJ testimony |
| B-3M | | | Cooperator Statement - Christopher Johnson Sr. 9/5/2023 GJ testimony |
| B-4A | | | Plea Agreement - Davonte Collins - 23-cr-116, Dkt No. 17 |
| B-4B | | | Cooperation Agreement - Davonte Collins |
| B-4C | | | Cooperator Statement - Davonte Collins 3/1/2023 GJ testimony |
| B-4D | | | Cooperator Statement - Davonte Collins 2/1/2023 interview |
| B-4E | | | Cooperator Statement - Davonte Collins 2/15/2023 interview |
| B-4F | | | Cooperator Statement - Davonte Collins 2/16/2023 interview |
| B-4G | | | Cooperator Statement - Davonte Collins 11/4/2022 interview |
| B-4H | | | Cooperator Statement - Davonte Collins 5/17/2023 interview |
| B-4I | | | Cooperator Statement - Davonte Collins 6/7/2023 GJ testimony |
| B-4J | | | Cooperator Statement - Davonte Collins 8/22/2023 interview |
| B-4K | | | Cooperator Statement - Davonte Collins 8/22/2023 GJ testimony |
| B-4L | | | Cooperator Statement - Davonte Collins 10/19/2022 *Scales* interview |
| B-4M | | | Cooperator Statement - Davonte Collins 10/19/2022 *Scales* interview |
| B-5A | | | Plea Agreement - Douglas Mobley |
| B-5B | | | Cooperation Agreement - Douglas Mobley |
| B-5C | | | Cooperator Statement - Douglas Mobley - 5/1/2023 interview |
| B-5D | | | Cooperator Statement - Douglas Mobley 5/4/2023 interview |
| B-5E | | | Cooperator Statement - Douglas Mobley 5/16/2023 interview |
| B-5F | | | Cooperator Statement - Douglas Mobley 9/7/2023 interview |
| B-5G | | | Cooperator Statement - Douglas Mobley 10/17/2023 GJ testimony |
| **C. Overt Act 70** | | | |
| C-1 | | | Winner Gas Surveillance, CAM 8, 8.7.2021, 20:07:35 - 20:07:58 |
| C-1A | | | Screenshots (2) – Winner Gas Surveillance, CAM 8, 8.7.2021, 20:07:49-20:07:53 |
| C-2 | | | Winner Gas Surveillance – CAM 2, 8.7.2021, 20:01:56-20:09:49 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| C-2A | | | Screenshots (9) – Winner Gas Surveillance, CAM 2, 8.7.2021, 20:01:56-20:02:43 |
| C-3 | | | Winner Gas Surveillance – Outside Pump, 8.7.2021, 20:00:03-20:02:25 |
| C-3A | | | Screenshots (9) – Winner Gas Surveillance, Outside Pump, 8.7.2021, 20:00:03-20:02:25 |
| C-4 | | | Winner Gas Surveillance – Outside Front Door, 8.7.2021, 20:07:35-20:10:07 |
| C-4A | | | Screenshots (19) – Winner Gas Surveillance, Outside Front Door, 8.7.2021, 20:07:35-20:10:07 |
| C-5 | | | Winner Gas Surveillance – CAM 8, 8.7.2021, 20:09:28-20:10:04 |
| C-5A | | | Screenshots (9) – Winner Gas Surveillance, CAM 8, 8.7.2021, 20:09:28-20:10:04 |
| C-6 | | | Winner Gas Surveillance – CAM 6, 8.7.2021, 20:09:27-20:10:04 |
| C-6A | | | Screenshots (9) – Winner Gas Surveillance, CAM 6, 8.7.2021, 20:09:27-20:10:04 |
| C-7 | | | Screenshots (7) - McDonalds Restaurant (#16826), 8.7.2021, 08:00:01-08:01:39 |
| C-8 | | | Winner Gas Surveillance - Outside Front, 8.8.2021, 14:00:48 - 15:49:00 |
| C-8A | | | Screenshots (7) - Winner Gas Surveillance, Outside Front, 8.8.2021, 14:00:48 - 15:49:00 |
| C-9 | | | Winner Gas Surveillance - Outside Front, 8.8.2021, 15:19:40 - 15:56:55 |
| C-9A | | | Screenshots (7) - Winner Gas Surveillance - Outside Front, 8.8.2021, 15:19:40 - 15:56:55 |
| C-10 | | | Winner Gas Surveillance – Outside Tobacco, 8.8.2021, 12:14:37-12:15:46 |
| C-11 | | | Winner Gas Surveillance – Outside Pump, 8.8.2021, 12:17:57-12:19:30 |
| C-12 | | | Screenshots (46) - Winner Gas Surveillance, Cam 8, 8.8.2021, 14:00:03 - 16:45:28 |
| C-13 | | | Screenshots (30) – Winner Gas Surveillance – Outside Tobacco, Outside Pump, Outside Front, CAM 8, Outside Front Door |
| C-14 | | | Salvation Army Surveillance - East Parking, 8.8.2021, 18:09:51-18:13:06 |
| C-14A | | | Screenshots (4) – Salvation Army Surveillance, East Parking, 8.8.2021, 18:09:51-18:13:06 |
| **D. Overt Act 71** | | | |
| D-1 | | | Map (3) - Golden Valley Road and North Penn Avenue (Wally's Foods) |
| D-2 | | | Winner Gas Surveillance – Outside Tobacco, 8.8.2021 at 16:30:29-16:34:45 |
| D-3 | | | Salvation Army Surveillance - East Parking, 8.8.2021 at 17:38:7-17:43 11 |
| D-3A | | | Screenshots (14) – Winner Gas Surveillance – Outside Tobacco, 8.8.2021 at 16:30:30-16:33:39; Salvation Army Surveillance – East Parking, 8.8.2021 at 17:39:10-17:39 24 |
| D-4 | | | Milestone Surveillance – Wally's Foods, 8.8.2021 at 5:42:30-5:43:10 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| D-4A | | | Screenshots (14) – Wally's Foods Surveillance, CAM 11 and CAM 12, 8.8.2021; Milestone Wally's Foods Surveillance, 8.8.2021 at 5:42:30-5:43:10 |
| D-5 | | | Winner Gas Surveillance – Outside Tobacco, 8.8.2021 at 16:46:12-16:52:18 |
| D-6 | | | Salvation Army Surveillance - East Parking, 8.8.2021 at 17:54:37-17:56:19 |
| D-6A | | | Screenshots (18) – Winner Gas Surveillance, Outside Tobacco, 8.8.2021 at 16:46:12-16:52:18; Salvation Army Surveillance, East Parking, 8.8.2021 at 17:54:37-17:56:19; Milestone, 8.8.2021, 5:48:06 p.m. |
| D-7 | | | 911 Call, 8.8.2021 |
| D-8 | | | Photos (9) - Wally's Foods Crime Scene Photos |
| D-9 | | | Screenshot (1) - Body Worn Camera, Minneapolis Police Officer Ian Ott, 8.8.2021, 18:33:47 |
| D-10 | | | Body Worn Camera - Minneapolis Police Officer Dirk Spee, 8.13.2021, 20:10:34 - 20:12:22 |
| D-10A | | | Screenshots (6) - Body Worn Camera, Minneapolis Police Officer Dirk Spee, 8.13.2021, 20:10:34 - 20:12:22 |
| D-11 | | | Body Worn Camera - Minneapolis Police Officer Dirk Spee, 8.13.2021, 20:18:36 - 20:19:35 |
| D-12 | | | Photos (26) - Volkswagen Routan SE (EZW-906) |
| D-13 | | | 9mm Discharged Cartridge Casings (11) - MPD Item No. MP174066-1 |
| D-14 | | | DNA swabs from 9 millimeter discharged cartridge casings (11) (MP 174066-1) |
| D-15 | | | DNA Swabs from Front Driver Seatbelt and Steering Wheel |
| **E. Overt Act 72** | | | |
| E-1 | | | Map (5) - Glenwood Avenue and Morgan Avenue North (Skyline Market) |
| E-2 | | | Skyline Market Surveillance – CAM 09, 8.8.2021, 19:47:15-19:48:10 |
| E-2A | | | Screenshots (8) – Skyline Market Surveillance – CAM 09, 8.8.2021, 19:47:15-19:48:10 |
| E-3 | | | Skyline Market Surveillance – CAM 04, 8.8.2021, 19:47:32-19:48:01 |
| E-3A | | | Screenshots (3) – Skyline Market Surveillance – CAM 04, 8.8.2021, 19:47:32-19:48:01 |
| E-4 | | | Skyline Market Surveillance – CAM 01, 8.8.2021, 19:47:46-19:48:13 |
| E-4A | | | Screenshots (6) – Skyline Market Surveillance – CAM 01, 8.8.2021, 19:47:46-19:48:13 |
| E-5 | | | Skyline Market Surveillance – CAM 07 and CAM 8, 8.8.2021, 19:47:50-19:48:17 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| E-5A | | | Screenshots (6) – Skyline Market Surveillance – CAM 07 and CAM 08, 8.8.2021, 19:47:50-19:48:17 |
| E-6 | | | Skyline Market Surveillance – CAM 04, 8.8.2021, 19:48:13-19:48:20 |
| E-6A | | | Screenshots (5) – Skyline Market Surveillance – CAM 04, 8.8.2021, 19:48:13-19:48:20 |
| E-7 | | | Skyline Market Surveillance – CAM 09, 8.8.2021, 19:48:11-19:48:32 |
| E-7A | | | Screenshots (9) – Skyline Market Surveillance – CAM 09, 8.8.2021, 19:48:11-19:48:32 |
| E-8 | | | 1825 Glenwood Avenue – Camera 02 Front Walkway, 8.8.2021, 07:46:08 PM – 07:48:57 PM |
| E-8A | | | Screenshots (18) – 1825 Glenwood Avenue – Camera 02 Front Walkway, 8.8.2021, 07:46:08 PM – 07:48:57 PM |
| E-9 | | | Screenshots (7) – 1825 Glenwood Avenue – Camera 07 Side, 8.8.2021, 07:47:35 PM – 07:49:00 PM |
| E-10 | | | Screenshot (2) – 1900 Glenwood Avenue, CH 11, 8.8.2021 at 19:49:01 |
| E-11 | | | 1900 Glenwood Avenue Surveillance - CH 6, 8.8.2021, at 19:49:00 to 19:49:24 |
| E-11A | | | Screenshot (9) – 1900 Glenwood Avenue Surveillance, CH 6, 8.8.2021, at 19:49:00 to 19:49:24 |
| E-12 | | | 911 Call #1, 8.8.2021 |
| E-13 | | | 911 Call #6, 8.8.2021 |
| E-14 | | | Body Worn Camera - Minneapolis Police Officer Dirk Spee, 8.8.2021, 19:56:26-19:57:30 |
| E-14A | | | Screenshots (6) - Body Worn Camera - Minneapolis Police Officer Dirk Spee, 8.8.2021, 19:56:26-20:02:06 |
| E-15 | | | Body Worn Camera - Minneapolis Police Officer Dirk Spee, 8.8.2021, 20:02:06-20:11:26 |
| E-17 | | | Photos (192) – Skyline Market and Glenwood Crime Scene Photos |
| E-18 | | | 9 millimeter discharged cartridge casings (29) MPD Item Nos. MP174179 |
| E-19A | | | DNA Swabbing from (13) 9mm discharged cartridge casings (174179-1, 2, 3, 4, 5, 8, 9, 12, 14, 16, 17, 18, 21, 22) |
| E-19B | | | DNA Swabbing from (4) .380 discharged cartridge casings & (3) .380 live rounds |
| E-19C | | | DNA Swabbing from (11) 9mm discharged cartridge casing (174179-26 through 36) |
| E-20 | | | Damaged blue jeans and black shirt from Darryl Wells |
| E-21 | | | Hennepin County Medical Examiner Autopsy Presentation - HCME No. 21-5417 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| E-22 | | | Body Worn Camera - Minneapolis Police Officer Samuel Erickson, 8.8.2021, 00:06:23-00:07:48 |
| E-22A | | | Screenshots (5) - Body Worn Camera - Minneapolis Police Officer Samuel Ericksons, 8.8.2021, 00:06:23-00:07:48 |
| E-23 | | | Photos (7) - Porsche Macan S (BBS-CAT) - Search Warrant |
| E-24 | | | Photos (57) – Porsche Macan S (BBS-CAT) – Forensic Processing |
| E-25 | | | Photos (12) – Dodge Charger (FTV-522) – Search Warrant |
| E-26 | | | Body Worn Camera - Minneapolis Police Officer Jacob Spies, 9.1.2021, 21:03:51-21:30:17 |
| E-26A | | | Screenshots (2) - Body Worn Camera of Minneapolis Police Officer Jacob Spies, 8.24.2021, 21:03:51-21:13:17 |
| E-26B | | | Body Worn Camera - Minneapolis Police Officer Jacob Spies, 9.1.2021, 21:03:51-21:30:17 |
| E-26C | | | Screenshots (5) - Body Worn Camera of Minneapolis Police Officer Jacob Spies, 8.24.2021, 21:15:51-21:30:17 |
| E-27 | | | MPD Case No. 21-177993, Item No. MP176180-1, Crime Lab No. 2021-174 - Gregory Hamilton Cellphone |
| E-33 | | | Screenshot (2) - Body Worn Camera of Minneapolis Police Officer Jesse Standal, 9.1.2021, 05:38:44-05:41:19 |
| E-34 | | | Body Worn Camera - Minneapolis Police Officer Andrew Schroeder, 9.1.2021, 05:54:13-05:54:49 |
| E-35 | | | Body Worn Camera - Minneapolis Police Officer Lindsey Kortus, 9.1.2021, 05:54:31-05:55:28 |
| E-35A | | | Screenshots (5) - Body Worn Camera of Minneapolis Police Officer Lindsey Kortus, 9.1.2021, 05:54:31-05:55:28 |
| E-36 | | | MPD Case No. 21-177993, Item No. MP177004-1, Crime Lab No. 2021-179 - Dantrell Johnson Cellphone |
| E-37 | | | WCSO Case No. 21-021298, Item No. WP21021298-030, Crime Lab No. W4-21021298-001 - Keon Pruitt Cellphone |
| E-38 | | | Recorded Call from Gregory Hamilton to 952-657-4262, 3.29.2023, 12:30 p.m. |
| E-39 | | | Photos (7) - Porsche Macan S (BBS-CAT) - On-Scene Forensic Processing |
| **F. Overt Acts 39 & 40** | | | |
| F-1 | | | Screenshots (5) - Milestone Surveillance - Broadway and Aldrich, 7.3.2020, 15:31:18 |
| F-2 | | | Screenshots (1) - Milestone Surveillance, Broadway and Dupont, 7.3.2020, 15:31:33 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| F-3 | | | Milestone Surveillance - Penn Avenue and Golden Valley Road, 7.3.2020, 3:33:14 - 3:34:36 |
| F-3A | | | Screenshots (8) - Milestone Surveillance - Penn Avenue and Golden Valley Road, 7.3.2020, 3:33:14 - 3:34:36 |
| F-4 | | | Wally's Food's Indoors Surveillance - CAM 1, 7.3.2020, 15:34:15 to 15:36:45 |
| F-5 | | | Wally's Food's Indoors Surveillance - CAM 6, 7.3.2020, 15:35:00 to 15:36:30 |
| F-6 | | | Wally's Food's Indoors Surveillance - CAM 5, 7.3.2020, 15:35:35 to 15:38:04 |
| F-6A | | | Screenshots (7) - Wally's Foods Indoor Surveillance, CAM 1 & 5, 7.3.2020 |
| F-7A | | | Body Worn Camera - Minneapolis Police Officer George Warznik, 7.3.2020, 15:37:33 - 15:38:34 |
| F-7B | | | Body Worn Camera - Minneapolis Police Officer Ryan Kelly, 7.3.2020, 15:37:28 - 15:38:58 |
| F-7C | | | Screenshots (3) - Body Worn Camera, Minneapolis Police Officers Ryan Kelly and Officer George Warznik, 7.3.2020 |
| F-8 | | | Screenshots (4) - Body Worn Camera - Minneapolis Police Officer Dirk Spee, 7.3.2020, 15:43:19 - 16:10:22 |
| F-9 | | | Photographs (64) - Crime Scene at Wally's Foods |
| F-10 | | | Photographs (56) - Hyundai Elantra |
| F-11 | | | 9 millimeter discharged cartridge casings (9) |
| F-13 | | | Squad Video Front – Monroe County Sheriff's Office Deputy Steven Krueger, 7/4/2020, 06:41:46 – 06:48:03 |
| F-13A | | | Screenshots (7) - Squad Video Front – Monroe County Sheriff's Office Deputy Steven Krueger, 7/4/2020, 06:41:46 – 06:48:03 |
| F-14 | | | Map of Broadway, Aldrich, Dupont, Lyndale |
| **G. Overt Act 38** | | | |
| G-1 | | | Body Worn Camera - Minneapolis Police Officer Marcus Ottney, 6.2.2020, 00:18:37 - 00:21:39 |
| G-1A | | | Screenshots (2) - Body Worn Camera of Minneapolis Police Officer Marcus Ottney, 6.2.2020, 00:18:37 - 00:21:39 |
| G-2 | | | Body Worn Camera - Minneapolis Police Officer Ryan O'Hara, 6.2.2020, 00:20:53 - 00:21:23 |
| G-2A | | | Screenshots (2) - Body Worn Camera of Minneapolis Police Officer Ryan O'Hara, 6.2.2020, 00:20:53 - 00:21:23 |
| G-3 | | | Photographs (5) - Crime Scene and Recovered Firearm |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| G-4 | | | Body Worn Camera - Minneapolis Police Officer Marcus Ottney, 6.2.2020, 01:09:00 – 0:1:11:06 |
| G-4A | | | Screenshots (9) - Body Worn Camera, Minneapolis Police Officer Marcus Ottney, 6.2.2020, 01:09:00 – 0:1:11:06 |
| G-5 | | | Glock Semi-Automatic 9 mm pistol (SN: YCS615) |
| G-6 | | | Magazine from Glock Semi-Automatic 9 mm pistol (SN: YCS615) |
| G-7 | | | Map of Area Near W River Parkway, Portland Avenue, S 2nd Street, and 13th Avenue S |
| **H. Overt Acts 47 & 48** | | | |
| H-1 | | | Body Worn Camera - Minneapolis Police Department Officer Marcus Ottney, 10.23.2020, 22:21:11 - 22:22:10 |
| H-1A | | | Screenshots - Body Worn Camera - Minneapolis Police Department Officer Marcus Ottney, 10.23.2020, 22:21:11 - 22:22:10 |
| H-2 | | | Body Worn Camera - Minneapolis Police Department Officer Darcy Klund, 10.23.2020, 22:21:21 - 22:23:36 |
| H-2A | | | Screenshots - Body Worn Camera - Minneapolis Police Department Officer Darcy Klund, 10.23.2020, 22:21:21 - 22:23:36 |
| H-3 | | | Squad Video - Minneapolis Police Department, Squad 485 (P#76861), 22:57:02 – 22:58:06 |
| H-4 | | | Body Worn Camera - Minneapolis Police Department Officer Jonathon Pobuda, 10.23.2020, 22:25:59 - 22:27:03 |
| H-4A | | | Screenshots (5) - Body Worn Camera - Minneapolis Police Department Officer Jonathon Pobuda, 10.23.2020, 22:27:37 - 22:32:25 |
| H-5 | | | Body Worn Camera - Minneapolis Police Department Officer Tony Partyka, 10.23.2020, 23:00:34 – 23:01:43 |
| H-5A | | | Screenshot (1) - Body Worn Camera - Minneapolis Police Department Officer Tony Partyka, 10.23.2020, 23:01:25 |
| H-6 | | | Body Worn Camera - Minneapolis Police Department Officer Efrem Hamilton, 10.23.2020 |
| H-7 | | | Photos (7) - Crime Scene Photographs |
| H-8 | | | Taurus 85 Ultra Lite .38 5 Shot Revolver (SN: AY96846) |
| H-9 | | | Black Ruger 380 Semi-Automatic Handgun (SN: 371956361) |
| H-11 | | | Black Stoeger Arms STR-9 9mm Semi-Automatic Handgun (SN: Obliterated) |
| H-13 | | | DNA Swabs from Taurus 5 Shot Revolver (MP142708-1) |
| H-14 | | | DNA Swabs from Black Ruger 380 Semi-Automatic Handgun (MP142708-3) |
| H-15 | | | DNA Swabs from Base of .380 Caliber Ruger Magazine (MP142708-4) |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| H-16 | | | DNA Swabs from Stoeger Pistol (MP142708-6) |
| H-17 | | | DNA Swabs from Base of 9mm STR Magazine (142708-7) |
| **I. Overt Act 54** | | | |
| I-1 | | | Milestone Surveillance - Broadway/Dupont, 2.2.2021, 6:24:12 - 6:25:12 |
| I-2A | | | Body Worn Camera - Minneapolis Police Department Officer Joel Pucely, 2.2.2021, 18:31:24 - 18:32:33 |
| I-2B | | | Body Worn Camera - Minneapolis Police Department Officer Joel Pucely, 2.2.2021, 18:34:35-18:36:08 |
| I-2C | | | Screenshots (5) - Minneapolis Police Department Officer Joel Pucely, 2.2.2021, 18:35:33 - 18:43:06 |
| I-3A | | | Body Worn Camera - Minneapolis Police Department Officer Justin Young, 2.2.2021, 18:32:16 – 18:33:52 |
| I-3B | | | Body Worn Camera - Minneapolis Police Department Officer Justin Young, 2.2.2021, 18:42:28 - 18:46:28 |
| I-3C | | | Screenshot (1) - Minneapolis Police Department Officer Justin Young, 2.2.2021, 18:32:45 |
| I-4A | | | Body Worn Camera - Minneapolis Police Department Officer Xavier Rucker, 2.2.2021, 18:24:41-18:27:16 |
| I-4B | | | Body Worn Camera - Minneapolis Police Department Officer Xavier Rucker, 2.2.2021, 18:30:00 – 18:32:44 |
| I-4C | | | Screenshot (1) - Minneapolis Police Department Officer Xavier Rucker, 2.2.2021, 18:35:36 |
| I-5 | | | Body Worn Camera - Minneapolis Police Department Officer Russell Cragin, 2.2.2021, 18:27:52 – 18:28:24 |
| I-5A | | | Screenshot (1) - Minneapolis Police Department Officer Russell Cragin, 2.2.2021, 18:30:15 |
| I-6 | | | Photos (3) - Crime Scene Firearm Recovery |
| I-7 | | | 4 pills of suspected fentanyl |
| I-8 | | | Baggie with 15.6 Grams Suspected Marijuana |
| I-9 | | | Baggie with 16.9 Grams Suspected Marijuana |
| I-10 | | | S&W 40 Cal. Semi-Automatic Pistol with SN: SW40VE |
| **J. Overt Act 55** | | | |
| J-1 | | | Milestone Surveillance Video - Broadway & Lyndale, 2.8.2021, 1:38:57 - 1:43:29 |
| J-1A | | | Screenshots (11) - Milestone Surveillance Video, Broadway & Lyndale, 2.8.2021, 1:38:57 - 1:43:29 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| J-2 | | | Milestone Surveillance Video - Broadway & Aldrich, 2.8.2021, 1:44:36: - 1:45:16 |
| J-2A | | | Screenshots (9) - Milestone Surveillance Video, Broadway & Lyndale and Broadway & Aldrich, 2.8.2021, 1:44:36: - 1:45:16 |
| J-3 | | | Body Worn Camera - Minneapolis Police Department Officer Elizabeth Arashiba |
| J-4 | | | Body Worn Camera - Minneapolis Police Department Officer Darcy Klund, 2.8.2021, 13:45:04 – 13:47:31 |
| J-4A | | | Screenshot (1) - Minneapolis Police Department Officer Darcy Klund, 2.8.2021, 13:47:26 |
| J-5 | | | Squad Video - Minneapolis Police Department, Unmarked Squad (P#76884), 13:44:42 - 13:45:12 |
| J-6 | | | Body Worn Camera - Minneapolis Police Department Officer Jason Schmitt, 2.8.2021, 13:44:49 – 13:47:30 |
| J-6A | | | Screenshot (1) - Minneapolis Police Department Officer Jason Schmitt, 2.8.2021, 18:30:15 |
| J-7 | | | Body Worn Camera - Minneapolis Police Department Officer Jesse Standal, 2.8.2021, 13:45:50 - 13:47:29 |
| J-7A | | | Screenshots (2) - Minneapolis Police Department Officer Jesse Standal, 2.8.2021, 13:47:24 - 13:48:41 |
| J-9 | | | Body Worn Camera - Minneapolis Police Department Officer Jonathon Pobuda, 2.8.2021, 13:44:48 - 13:51:43 |
| J-9A | | | Photo (1) – Crime Scene Photo Recovered Firearm |
| J-10 | | | Photos (11) - Crime Scene Photos Damaged Vehicle |
| J-11 | | | S&W 9mm Semi-automatic pistol with SN: HEZ4136 |
| J-12 | | | Magazine from S&W 9mm Semi-automatic pistol with SN: HEZ4136 |
| **K. Overt Acts 120 & 121** | | | |
| K-1 | | | Body Worn Camera - Apple Valley Police Officer Dylan Ordorf, 4.26.2022, approx. 9:55 a.m. |
| K-1A | | | Screenshot (12) - Body Worn Camera, Apple Valley Police Officer Dylan Ordorf, 4.26.2022, approx. 9:55 a.m. |
| K-2 | | | Photos (16) - Traffic Stop Photos |
| K-3 | | | DEA Exhibit 2 - 2024.3 grams of Fentanyl |
| K-4 | | | DEA Exhibit 3 - 2986 grams of Fentanyl |
| K-5 | | | Photos (8) - Search Warrant at 15336 Founders Lane, Apple Valley, MN 55124 |
| **L. Overt Act 153** | | | |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| L-1 | | | Minneapolis Saint Paul Airport Surveillance Video - Sun Country Jet Bridge, 9.19.2021 |
| L-1A | | | Screenshots (7) - Minneapolis Saint Paul Airport Surveillance Video, Sun Country Jet Bridge, 9.19.2021 |
| L-2 | | | Minneapolis Saint Paul Airport Surveillance Video - Sun Country Gate Area, 9.19.2021 |
| L-2A | | | Screenshots (3) - Minneapolis Saint Paul Airport Surveillance Video, Sun Country Gate Area, 9.19.2021 |
| L-3 | | | Body Worn Camera - Minneapolis Saint Paul Airport Sergeant Jeff Trevino, 9.19.2021, 22:39:51 - 22:41:07 |
| L-3A | | | Screenshots (3) - Body Worn Camera of Minneapolis Saint Paul Airport Sergeant Jeff Trevino, 9.19.2021, 22:39:51 - 22:41:07 |
| L-4 | | | Photo (1) - Recovered Fentanyl Pills |
| **M. Overt Act 178** | | | |
| M-1 | | | Body Worn Camera - Minneapolis Police Officer Ashton Dorris, 4.4.2023, 14:51:30-14:52:25 |
| M-1A | | | Photos (6) - Screenshots of Body Worn Camera of Minneapolis Police Officer Ashton Dorris, 4.4.2023, 14:51:30-14:52:25; Crime Scene Photos of Pills Found in Tahoe |
| M-2 | | | Body Worn Camera - Minneapolis Police Department Officer Michael Osbeck, 4.4.2023, 15:24:J-15:26:17 |
| M-2A | | | Photos (5) - Crime Scene Photos of Firearm Found in BMW (backpack) |
| M-3 | | | Body Worn Camera - Minneapolis Police Department Officer Michael Osbeck, 4.4.2023, 15:28:30-15:29:53 |
| M-3A | | | Photo (1) - Crime Scene Photos of Pills Found in BMW |
| M-4 | | | Body Worn Camera - Minneapolis Police Department Officer Justin Young, 4.4.2023, 15:37:16-15:38:34 |
| M-4A | | | Photos (3) - Body Worn Camera of Minneapolis Police Department Officer Justin Young, 4.4.2023, 15:37:16-15:38:34; Crime Scene Photos of Firearm Found in BMW (Driver's Seat) |
| M-5 | | | Photos (2) - Photos of Firearms, Pills, and Cash Seized |
| M-6 | | | Photos (1) - Photo of Pills Sent to BCA |
| M-7 | | | 1000 Fentanyl Pills from Tahoe (105 grams) |
| M-8 | | | 8700 Fentanyl Pills from Mercedes (921 grams) |
| M-9 | | | DNA Swabs from Drug Baggies |
| **N. Overt Act 52** | | | |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| N-1 | | | YouTube Music Video - "Not From the Lows" by "Knowledge" |
| N-1A | | | Screenshots (12) - YouTube Music Video "Not From the Lows" by "Knowledge" |
| **O. Overt Acts 57 & 60** | | | |
| O-1 | | | 27xx Private Residence Camera 4 Adjusted, 2:01:25 AM |
| O-2 | | | 27xx Private Residence Camera 4 Adjusted, 2:01:25 AM |
| O-3 | | | 27xx Private Residence Camera 4 Adjusted, 2:01:25 AM |
| O-4 | | | 27xx Private Residence Camera 4 Adjusted, 2:01:25 AM |
| O-4A | | | Screenshots (10) - 27xx Private Residence Camera 4 Adjusted, 2:01:25 AM |
| O-5 | | | Body Worn Camera - Metro Transit Police Officer Maria Czech, 4.12.2021, 2:03:39 - 2:05:01 |
| O-5A | | | Screenshots (8) - Body Worn Camera of Metro Transit Police Offficer Maria Czech, 4.12.2021, 2:03:39 - 2:05:01 |
| **P. Overt Acts 77 & 78** | | | |
| P-1 | | | Map of area between Pennwood Market and Hennepin County Medical Center |
| P-2 | | | Screenshot (2) - Body Worn Camera of Minneapolis Police Officer Michael Grahn, 9.9.2021, 18:29:20 - 18:29:30 |
| P-3 | | | Social Media Posts (4) - Tyrese Giles |
| P-4 | | | Social Media Post (21) - Co-Conspirators |
| P-5 | | | Pennwood Market Surveillance Video - CAM 11, 9.9.2021, 7:55:59-8:04:59 |
| P-5A | | | Screenshots (20) - Pennwood Market Surveillance Video, CAM 11, 9.9.2021, 7:55:59-8:04:59 |
| P-6 | | | Pennwood Market Surveillance Video - CAM 12, 9.9.2021, 8:02:28-8:04:54 |
| P-6A | | | Screenshots (7) - Pennwood Market Surveillance Video, CAM 12, 9.9.2021, 8:02:28-8:04:54 |
| P-7 | | | Milestone Surveillance Video, 9.9.2021, 7:56:45 - 8:04:57 |
| P-7A | | | Screenshots (11) - Milestone Surveillance Video, 9.9.2021, 7:56:45 - 8:04:57 |
| P-8 | | | Hennepin County Medical Center Surveillance, 9.9.2021, 8:08:45 - 8:14:00 |
| P-8A | | | Screenshots (25) - Hennepin County Medical Center Surveillance, 9.9.2021, 8:08:45 - 8:14:00 |
| **Q. Overt Acts 98 & 100** | | | |
| Q-1 | | | SnapChat Video - Jovan Knight on Lyndale Ave S & West 42nd Street |
| Q-1A | | | Screenshots (5) - SnapChat Video Jovan Knight on Lyndale Ave S & W 42nd St |
| Q-2 | | | SnapChat Video - Jovan Knight on Fremont Ave N & 36th Ave N |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| Q-2A | | | Screenshots (4) - Jovan Knight on Fremont Ave N & 36th Ave N |
| **R. Overt Act 164** | | | |
| R-1 | | | Wire Intercept Linesheets for Case: 245D-PG-3038515 dated 11.12.2022 and 11.13.2022 |
| **S. Overt Act 166** | | | |
| S-1 | | | Wire Intercept Linesheets for Case: 245D-PG-3038515 dated 11.14.2022 |
| **T. Certificates of Authenticity** | | | |
| T-1 | | | Certificate of Authenticity - Facebook Return, Calvin Wright, 10.6.2023 |
| T-2 | | | Certificate of Authenticity - Facebook Return, Christopher Finch, 5.1.2023 & 5.16.2023 |
| T-3 | | | Certificate of Authenticity - Facebook Return, Clinton Brown, 12.8.2023 |
| T-4 | | | Certificate of Authenticity - Facebook Return, Dantrell Johnson, 10.3.2023 |
| T-5 | | | Certificate of Authenticity - Facebook Return, Deshaun Morris, 5.16.2023 |
| T-6 | | | Certificate of Authenticity - Facebook Return., Douglas Mobley, 10.3.2023 |
| T-7 | | | Certificate of Authenticity - Facebook Return, Gregory Hamilton, 5.1.2023 |
| T-8 | | | Certificate of Authenticity - Facebook Return, Jarrett Robinson, 5.1.2023 |
| T-9 | | | Certificate of Authenticity - Facebook Return, Matthew Robindon, 5.1.2023 |
| T-10 | | | Certificate of Authenticity - Facebook Return, Randy Tate, 5.1.2023 |
| T-11 | | | Certificate of Authenticity - Facebook Return, Trevoneia Felton, 5.1.2023 |
| T-12A | | | Certificate of Authenticity - Facebook Return, Tyrese Giles, 10.3.2023 |
| T-12B | | | Certificate of Authenticity - Instagram Return, Tyrese Giles, 9.27.2023 |
| T-13 | | | Certificate of Authenticity - Facebook Return, William Johnson, 5.1.2023 |
| T-14 | | | Certificate of Authenticity - 1900 Glenwood Avenue |
| T-15 | | | Certificate of Authenticity - 1825 Genwood Avenue (Wendy's House of Soul) |
| T-16 | | | Certificate of Authenticity - 916 W Broadway N (McDonalds) |
| T-17 | | | Certificate of Authenticity - 2024 N Lyndale Avenue (Salvation Army) |
| T-18 | | | Certificate of Authenticity - 626 W Broadway (Winner Gas) |
| T-19 | | | Certificate of Authenticity - 1821 Glenwood Avenue (Skyline Market) |
| T-20 | | | Certificate of Authenticity - 1840 N Penn Avenue (Wally's Foods) |
| T-21 | | | Certificate of Authenticity - Milestone |
| T-22 | | | Certificate of Authenticity - Minneapolis Police Department 911 Dispatch |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| T-23 | | | Certificate of Authenticity - Minneapolis Saint Paul Airport |
| T-24 | | | Certificate of Authenticity - Hennepin County Medical Center |
| T-25 | | | Certificate of Authenticity - Delta Airlines |
| T-26 | | | Certificate of Authenticity - American Airlines |
| T-27 | | | Certificate of Authenticity - Sun Country Airlines |
| T-28 | | | Certificate of Authenticity - United Airlines |
| T-29 | | | Certificate of Authenticity - Delta Airlines |
| T-30 | | | Certificate of Authenticity - Sun Country Airlines |
| T-31 | | | Certificate of Authenticity - Sun Country Airlines |
| T-32 | | | Certified Records of Conviction - Keon Pruitt |
| T-33 | | | Certified Records of Conviction - Gregory Hamilton |
| T-34 | | | Certified Records of Conviction - Dantrell Johnson |
| T-35 | | | Certificate of Authenticity - Facebook Return - Keon Pruitt - 5.16.2023 |
| T-36 | | | Certificate of Authenticity - Facebook Return - Avante Nix - 10.3.2023 |
| | | | |
| | | | |
| | | | ***The government reserves the right to introduce additional exhibits as the evidence develops at trial and in rebuttal.*** |